## First Department, March, 1966

### (March 1, 1966)

■ Tishman Construction Corporation v. W-T Development Company, Inc.— Motion for an order permitting appellant to appeal pursuant to CPLR 5514 (subd. [b]) denied, with $10 costs. Concur — Botein, P. J., Breitel, Steuer and Staley, JJ.

■ City of New York v. Social Service Employees Union et al.— Motion for an order staying the defendants-respondents and the intervenor-defendant-respondent from applying fines and penalties under the Civil Service Law of the State of New York, former section 108 (subd. 5) and former section 108 (subd. 7, pars. [a], [b]) granted on condition that the plaintiffs-appellants perfect the appeal for the May 1966 Term of this court. Concur — Botein, P. J., Breitel, Steuer and Staley, JJ.